KOVACS CONSTRUCTION CORPORATION *v.* WATER POLLUTION AND CONTROL AUTHORITY OF THE CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court, 120 Conn. App. 646 (AC 30143), is denied.

*Steven B. Kaplan,* in support of the petition.

*David E. Rosengren* and *Daniel J. Klau,* in opposition.

Decided June 9, 2010

FRANCIS A. MINITER *v.* STATEWIDE GRIEVANCE COMMITTEE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 120 Conn. App. 904 (AC 31209), is denied.